# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM

**PART I.**     **TRANSCRIPT ORDER INFORMATION**

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **UNITED STATES OF AMERICA** vs **SHAWN HERNANDEZ**

District Court No.: **09-CR-20416-DLG**    Date Notice of Appeal Filed: **08-12-09**    U.S. Court of Appeals No.: **09-15467-B** (If Available)

CHOOSE ONE:
- ☐ No hearing
- ☐ No transcript is required for appeal purposes
- ☐ All necessary transcript(s) on file
- ☑ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☑ Sentence | 10-29-09 and 11-4-09 ~~11-10-09~~ | DONALD L. GRAHAM | Carly Horenkamp |
| ☑ Other | 8-17-09 Plea | DONALD L. GRAHAM | Carly Horenkamp |

**METHOD OF PAYMENT:**

☑ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions]

Ordering Counsel/Party: **MARIA ELENA PEREZ, ESQ.**

Name of Firm: **THE LAW OFFICES OF MARIA ELENA PEREZ, ESQ.**

Street Address/P.O. Box: **145 MADEIRA AVENUE, SUITE 310**

City/State/Zip Code: **CORAL GABLES, FLORIDA 33134**    Phone No.: **(305) 461-3100**

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: **03-02-10**    SIGNED: s/ [signature]    Attorney For: **SHAWN HERNANDEZ**

---

**PART II.**     **COURT REPORTER ACKNOWLEDGMENT**

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: **March 29, 2010**

☑ Satisfactory arrangements for paying the cost of the transcript were completed on: **5-9-10**

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: **2**    Estimated no. of transcript pages: **100**    Estimated filing date: **6-9-10**

DATE: **3-29-10**    SIGNED: s/ Carly Horenkamp    Phone No.: **(305) 523-5138**

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

---

**PART III.**     **NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT**

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): **6-9-10**

Actual No. of Volumes and Hearing Dates: **3 — 10-29-09, 11-4-09, 8-17-09**

Date: **6-9-10**    Signature of Court Reporter: s/ Carly Horenkamp

COURT OF APPEALS
CLERK
MAR 1 5 2010
ATLANTA, GA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 1 5 2010
JOHN LEY
CLERK